UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-14099-CIV-MAYNARD

Ryan P. Givey,                          :
PLAINTIFF                               :
                                        :
v.                                      :
                                        :
Pamela Bondi,                           :
Jason A. Reding Quinones,               :
DEFENDANTS                              :

FILED BY ___ D.C.

APR 10 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

RYAN P. GIVEY, PLAINTIFF'S

NOTICE OF VOLUNTARY DISMISSAL

1.  PLAINTIFF Ryan P. Givey wishes to have this case voluntarily dismissed.

2.  Upon consideration of the jurisdictional requirements of this case the actions complained of

    do take place outside the jurisdiction of the Southern District of Florida and PLAINTIFF

    believes that the case may have a jurisdictional defect.

3.  PLAINTIFF has also not yet paid the docketing fee.

4.  PLAINTIFF has not yet serviced the opposing party.

5.  For the reasons considered PLAINTIFF would like the case to be voluntarily dismissed.

Respectfully Submitted,

4/2/26

Ryan P. Givey, Pro Se Petitioner

Rpg2609@aol.com

610-348-5720

428 Hannum Ave.

West Chester, Pa 19380

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-14099-CIV-MAYNARD

Ryan P. Givey,                                    :
PLAINTIFF                                         :
                                                  :
v.                                                :
                                                  :
                                                  :
Pamela Bondi,                                     :
Jason A. Reding Quinones,                         :
DEFENDANTS                                        :

RYAN P. GIVEY, PLAINTIFF'S

**PROOF OF SERVICE**

I, Ryan Givey certify the NOTICE OF VOLUNTARY DISMISSAL, Givey v. Pamela Bondi,

Jason A. Reding Quinones was sent via United States Postal Service certified mail to:

Department of Justice

Pamela Bondi, Attorney General

950 Pennsylvania Ave., NW,

Washington D.C., 20530-0001

Ryan P. Givey

Date 4/2/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-14099-CIV-MAYNARD

Ryan P. Givey,                          :
PLAINTIFF                               :
                                        :
v.                                      :
                                        :
                                        :
Pamela Bondi,                           :
Jason A. Reding Quinones,               :
DEFENDANTS                              :

RYAN P. GIVEY, PLAINTIFF'S

**PROOF OF SERVICE**

I, Ryan Givey certify the NOTICE OF VOLUNTARY DISMISSAL, Givey v. Pamela Bondi,

Jason A. Reding Quinones was sent via United States Postal Service certified mail to:

Department of Justice SDF

Jason A. Reding Quinones

99 N.E. 4th Street

Miami, Fl 33132

Ryan P. Givey

Date 4/2/26

Case 2:26-cv-14099-SMM   Document 12   Entered on FLSD Docket 04/10/2026   Page 4 of 5

Ryan Given
428 Hannum Ave
West Chester, PA 19380-

9589 0710 5270 1889 0312 29

RDC 99

34950

U.S. POSTAGE
FCM LETTER
WEST CHESTER
APR 02, 2026

$9.70

S2324H504081-26

WEST CHESTER 19

CLEARED X-RAY
FTP
APR 10 2026
RECEIVED

Clerk of Courts
Alto Lee Adams Federal Courthouse
101 South US Highway 1, Room #106
Ft. Pierce, Fl 34950



4 APR 2026 PM 9 L

PHILADELPHIA PA 190